IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Center for Biological Diversity,

   Plaintiff(s)/Petitioner(s),

vs.

U.S. Fish & Wildlife Service,

   Defendant(s)/Respondent(s)

CASE NO: 4:16-cv-00527-BGM

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
AUG 1 5 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Sarah Uhlemann, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff Center for Biological Diversity.

**City and State of Principal Residence:** Seattle, WA
**Firm Name:** Center for Biological Diversity
**Address:** 2400 NW 80th Street   **Suite:** #146
**City:** Seattle   **State:** WA   **Zip:** 98117
**Firm/Business Phone:** (206) 327-2344
**Firm Fax Phone:** (NA)   **E-mail Address:** suhlemann@biologicaldiversity...

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of Washington | March 5, 2009 | ☑ Yes ☐ No* |
| U.S. District Court, Western District of Washington | June 24, 2010 | ☑ Yes ☐ No* |
| U.S. Court of Appeals for the Ninth Circuit | May 1, 2008 | ☑ Yes ☐ No* |

* **Explain:** See attachment for additional admissions

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* **Explain:**

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

8/9/16       *[signature]*
**Date**       **Signature of Applicant**
**Fee Receipt #** PHX175244       (Rev. 04/12)

**Bar Admissions and Dates (cont.):**

Oregon Supreme Court:  Sept. 9, 2005
District of Columbia Court of Appeals:  Nov. 6, 2006
U.S. District Court, District of Columbia:  March 5, 2007
U.S. District Court, District of Oregon:  Jan. 28, 2010
U.S. Court of International Trade:  Jan. 10, 2013
U.S. Court of Appeals for the District of Columbia:  Jan. 17, 2012

* I am currently in good standing and eligible to practice in each of the above-listed courts.

# United States District Court
## Western District of Washington



# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that **Sarah Uhlemann** was admitted to practice in said Court on **June 24, 2010** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on August 2, 2016.

William M. McCool
Clerk

By _____
Deputy Clerk



## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Loretta E. Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
District of Arizona, Phoenix
Two Renaissance Square 40 N. Central Ave
Suite 1200
Phoenix, AZ 85004-4408

U.S. Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240

Civil Process Clerk
United States Attorney's Office
District of Arizona, Tucson
405 W. Congress Street, Suite 4800
Tucson, AZ 85701-5040

/s/ Sarah M.
Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Email: suhlemann@biologicaldiversity.org
*Applicant Pro Hac Vice*

*Attorney for Plaintiff*