# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Center for Biological Diversity,

    Plaintiff(s)/Petitioner(s),

vs.

U.S. Fish and Wildlife Service

    Defendant(s)/Respondent(s)

CASE NO: 4:16-cv-00527-BGM

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 1 6 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, __Tanya Sanerib__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Plaintiff, Center for Biological Diversity__.

**City and State of Principal Residence:** Portland, OR

**Firm Name:** Center for Biological Diversity

**Address:** PO Box 11374    **Suite:**

**City:** Portland    **State:** OR    **Zip:** 97211

**Firm/Business Phone:** (971) 717-6407

**Firm Fax Phone:** ( )    **E-mail Address:** tsanerib@biologicaldiversity.o

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Oregon State Court | 11/1/2002 | ✓ Yes   ☐ No* |
| Oregon Federal Court | 11/14/2009 | ✓ Yes   ☐ No* |
| Additional Sheet Attached | | ☐ Yes   ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

\* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ✓ No

Have you ever been disbarred from practice in any Court? ☐ Yes ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

12/12/2016      _[signature]_

**Date**      **Signature of Applicant**

**Fee Receipt #** P HX179927

(Rev. 04/12)

Sanerib Bar Admissions

| Title of Court | Date of Admission | Good Standing? |
|---|---|---|
| Oregon Supreme Court | 11/1/2002 | Yes |
| Oregon Federal Court | 9/14/2009 | Yes |
| Ninth Circuit | 12/22/2009 | Yes |
| D.C. Supreme Court | 2/6/2004 | Yes |
| D.C. District Court | 4/5/2004 | Yes |
| D.C. Court of Appeals | 3/5/2007 | Yes |
| U.S. Supreme Court | 3/19/2007 | Yes |



# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## TANYA MARIE SANERIB

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon on December 5, 2016.

MARY L. MORAN
Clerk of Court

By: Elizabeth Potter
Attorney Admissions Clerk